UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-41217
Summary Calendar
_____

TRANSPORTES DE NUEVO LAREDO S.A. DE C.V.;
EDUARDO JAVIER HINOJOSA-SANCHEZ; CARLOS
LUIS HINOJOSA-SANCHEZ,

Plaintiffs-Appellants,

versus

ROADWAY EXPRESS INC; ROADWAY SERVICES INC;
TNL-ROADWAY S.A. DE C.V.; BRIAN HICKERT;
TRANSCONTINENTAL LEASE S.A. DE C.V.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Texas
(L-96-CV-90)
_____

August 16, 1999

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The court has carefully considered this appeal in light
of the briefs and pertinent portions of the record.  Having done
so, we find no reversible error of fact or law, and in particular,
no error in holding that Mexican law is applicable or that

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

defendant Brian Hickert was fraudulently joined to defeat diversity, and no abuse of discretion in the court's ultimate dismissal based on forum non conveniens.

AFFIRMED.

2